# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR427** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER MODIFYING CONDITION OF RELEASE** |
| **MICKY VAZZANO,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant Micky Vazzano's Motion to Modify the Conditions of Release (Filing No. 34). Based on the representations made in the motion, and absent objection from the Plaintiff and from the United States Pretrial Services officer, I find that the motion should be granted. Accordingly,

IT IS ORDERED:

1) The Motion to Modify Conditions of Release (Filing No. 34) is granted;

2) The conditions of release contained in the previous order of release and consent and order modifying conditions of release shall remain in effect (Filing Nos. 8 and 20), provided that the conditions contained therein do not conflict with the following modification: That the Defendant shall be allowed to reside at the residence of her sister, Carol McCrear, located at 2030 South Street, Blair, Nebraska, beginning on June 3, 2005, until such time as she must surrender for service of her sentence or further order of the Court.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge